UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, | ) |
| Plaintiff, | ) 2:11-cv-1671-KJD-RJJ |
| vs. | ) |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, | ) O R D E R |
| Defendant, | ) |

This matter is before the Court on the Alternative Discovery Plans and Proposed Scheduling Orders (#24) filed January 25, 2012. Because it appears likely that this case will either be dismissed or substantially reduced by severance, the court will grant a stay of discovery pending the Court's decision on Defendant's Motion to Dismiss (#5) and Motion for Bifurcation (#9). Accordingly,

IT IS HEREBY ORDERED that the discovery in this matter is stayed pending the Court's decision on Defendant's Motion to Dismiss (#5) and Counter Motion for Bifurcation (#9), at which time the Court will issue its discovery plan and scheduling order.

DATED this __15th__ day of February, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge