1

2

3

4                      UNITED STATES DISTRICT COURT

5                          DISTRICT OF NEVADA

6                                * * *

7    MARYLAND CASUALTY COMPANY,            )
                                           )
8                          Plaintiff,      )        2:11-cv-001671-APG-NJK
                                           )
9    vs.                                   )
                                           )
10   NATIONAL FIRE & MARINE INS. CO.,      )        **O R D E R**
                                           )
11                                         )
                                           )
12                         Defendant.      )
     _____)

13
            Before the Court is Plaintiff Maryland Casualty Company's Motion to Compel and
14
     Request for Entry of Scheduling Order (#47). The Court has reviewed the Plaintiff's Motion
15
     (#47), the Defendant's Response (#50), and the Plaintiff's Reply (#54).
16
            Plaintiff Maryland requests that the Court compel Defendant National Fire to respond to
17
     written discovery and set pre-trial deadlines in accordance with the Discovery Plan previously
18
     filed at Docket No. 24.
19
                                      **BACKGROUND**
20
            The parties submitted a proposed discovery plan and scheduling order on January 24,
21
     2012. Docket No. 24. On February 25, 2012, the Court stayed discovery pending the Court's
22
     ruling on the Defendant's Motion to Dismiss or Sever, Docket No. 5, and the Plaintiff's Motion
23
     for Bifuration, Docket No. 9.  Docket No. 25. The Court stated that upon the lifting of the stay it
24
     would issue a discovery plan and scheduling order. *Id.*[1]
25
            On August 3, 2012, the Court granted the Defendant's Motion to Dismiss or Sever and
26
     Denied the Plaintiff's Motion for Bifurcation. Docket No. 26.  On February 22, 2013, Maryland
27

28
     _____
            [1]This Order was entered by Magistrate Judge Robert Johnston. On January 7, 2013, this case
     was reassigned to Magistrate Judge Nancy Koppe.

1   propounded written discovery on National Fire. *See* Docket No. 47. National Fire has not

2   responded to the written discovery on the grounds that the stay has not been lifted and no

3   scheduling order has been entered by the Court. *Id*.

4                                    **DISCUSSION**

5   **I.      Preliminary Matters**

6          A.      <u>Stay</u>

7          The Court's Order entering the Stay stated that the stay would be lifted upon the Court's

8   ruling on the Defendant's Motion to Dismiss or Sever, Docket No. 5, and the Plaintiff's Motion

9   for Bifuration, Docket No. 9.  Docket No. 25.  Thus, when the Court granted the Defendant's

10  Motion to Dismiss or Sever and Denied the Plaintiff's Motion for Bifurcation, Docket No. 26, on

11  August 3, 2012, the stay was lifted. No further Court action was required to indicate the lifting of

12  the stay.

13         B.      <u>Scheduling Order</u>

14         The Court's February 25, 2012, Order staying discovery also stated that the Court would

15  enter a scheduling order once the stay was lifted. Docket No. 25. To date, no such order has been

16  entered. However, upon review of the proposed discovery plan and scheduling order filed on

17  January 24, 2012, and considering that both parties agree that a scheduling order is needed,[2] the

18  Court defers entering a scheduling order pending a joint request by the parties. The Court orders

19  the parties to meet and confer and submit a joint discovery plan and scheduling order by May 13,

20  2013.

21  **II.     Motion to Compel**

22         Maryland is correct that Fed. R. Civ. P. 26 entitles parties to discovery; however, Rule 26

23  also requires a discovery plan and scheduling order. As discussed above, no scheduling order has

24  been entered. Additionally, Mayland has not shown good cause for why discovery should occur

25  before the entering of a scheduling order. Therefore, the request to compel discovery is denied.

26  ...

27  _____

28         [2]*See* Docket No. 47 and Docket No. 50 at 4.

                                          - 2 -

1

**CONCLUSION**

2      Based on the foregoing, and good cause appearing therefore,

3      IT IS HEREBY ORDERED that Plaintiff Maryland Casualty Company's Motion to

4 Compel and  Request for Entry of Scheduling Order (#47) is DENIED;

5      IT IS FURTHER ORDERED that the parties are to submit a joint discovery plan and

6 scheduling order by May 13, 2013.

7

8      DATED this __6th__ day of May, 2013

9

10

11                                    _____

12                                    NANCY J. KOPPE
                                      United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28