# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, | |
| Plaintiff(s), | Case No. 2:11-cv-01671-APG-NJK |
| vs. | **ORDER** |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, | |
| Defendant(s). | |

This matter is before the Court on Defendant's Motion for Removal of Brandon P. Kemble from the CM/ECF Service List (Docket No. 72), filed February 3, 2014. The Court has reviewed the motion and finds there is good cause for the requested relief.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Removal of Brandon P. Kemble from the CM/ECF Service List (Docket No. 72) is **granted**;

**IT IS FURTHER ORDERED** that the clerk remove Brandon P. Kemble from the CM/ECF Service List.

Dated: February 7, 2014.

_____
**Nancy J. Koppe**
**United States Magistrate Judge**